# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VIRGILIO S. CASAYURAN, JR., on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PNC BANK, NATIONAL ASSOCIATION,<br><br>Defendant. | Civil Action No. 2:09-cv-5155 |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Michael Coren, Esq.
     PELLETTIERI, RABSTEIN AND ALTMAN
     100 Nassau Park Boulevard
     Suite 111
     Princeton, New Jersey 08540
     Attorney for Plaintiff and proposed class

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from October 13, 2009 the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 11/2/09

Signature: [signature]

Title: Counsel to PNC Bank, N.A.

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

**PELLETTIERI, RABSTEIN AND ALTMAN**
100 Nassau Park Boulevard, Suite 111
CN 5301
Princeton, New Jersey 08543 5301
(609) 520 0900
Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VIRGILIO S. CASAYURAN, JR., on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PNC BANK, NATIONAL ASSOCIATION,<br><br>Defendant. | Civil Action No. 2:09-cv-5155 (JLL-CCC)<br><br><br>**CERTIFICATE OF NOTICE OF FILING AND SERVICE** |

I, Michael Coren, Esquire, of full age, hereby certify that:

I am employed as Special Counsel by the Law Firm of Pellettieri, Rabstein and Altman, attorneys for Plaintiff in this matter, and on November 9, 2009, a copy of the forgoing Executed Wavier of Service and this certificate of notice of filing and service on all parties were electronically filed with the United States District Court, 1 John F. Gerry Plaza, Camden, New Jersey 08101 and I served the within documents via US Ordinary Mail to the following:

| | |
|---|---|
| John Kearney, Esq.<br>Mariah Murphy, Esq.<br>Ballard Spahr LLP<br>Plaza 1000 - Suite 500<br>Main Street<br>Voorhees, NJ 08043-4636<br>Attorney for Defendant | Darryl J. May, Esq.<br>Ballard Spahr LLP<br>1735 Market St., 51st Floor<br>Philadelphia, PA  19103<br>(215) 864-8103<br>Attorney for Defendant |

Edward J. Feinstein, Esq.
Ellen M. Doyle, Esq.
Stember Feinstein Doyle & Payne, LLC
Allegheny Building, 17th Floor
429 Forbes Avenue
Pittsburgh, PA 15219-1639
(412) 281-8400
Applicants for *pro hac vice* admission as co-counsel
for Plaintiff and the proposed class

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated:  November 9, 2009  	_____s/ Michael Coren_____
	Michael Coren, Esq.

2